IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TREMAYNE WENDELL CARROLL,   )
                            )
            Plaintiff,      )
                            )
     v.                     )     No. 1:12cv1176
                            )
MR. KINGSLEY DOSIER, et al., )
                            )
            Defendant(s).   )
_____ )
                            )

## ORDER

On November 13, 2012, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections within the time permitted by section 636. (Doc. 6.)

The court has reviewed those portions of the Magistrate Judge's Recommendation to which Plaintiff has objected and made a de novo determination. To the extent Plaintiff has raised new evidence in his objections, the court declines to consider it. 28 U.S.C. § 636(b)(1). The court's review is in accord with the Magistrate Judge's Recommendation, which is therefore adopted.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED sua sponte without prejudice to Plaintiff filing a new complaint on the proper § 1983 forms.

A Judgment dismissing this action will be entered contemporaneously with this Order.

                                    /s/    Thomas D. Schroeder
                                   United States District Judge

April 16, 2013

2

Case 1:12-cv-01176-TDS-LPA Document 7 Filed 04/16/13 Page 2 of 2